# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO SHEPPARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-440-MJR |
| | ) |
| REVELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion for summary judgment (Doc. 9). Plaintiff's complaint is still under threshold review and the Court has not yet directed that the Defendants be served. Therefore, Plaintiff's motion for summary judgment (Doc. 9) is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 8th day of September, 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
