# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO SHEPPARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-440-MJR ) |
| SARA REVELL, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

|       July 14, 2009       | By: |     **s/ Michael J. Reagan**     |
|---|---|---|
| *Date* | | *District Judge* |